No. 4991.—De Jesús, conocido por Iturrino, et al., apltes., v. Damián et al., apldos.—C. D. Mayagüez. ▆▆▆▆▆▆ Junio 24, 1929. Habiéndose interpuesto la apelación en este caso el 16 de junio de 1928 y habiendo vencido la prórroga

que se concediera al apelante para preparar la exposición para perfeccionarla el 22 de julio de 1928, sin que nada más gestionara desde entonces, se declara con lugar la moción del apelado, vista sin asistencia de las partes el 17 de junio actual, y en su consecuencia se desestima, por abandono, el recurso.